UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT JACOBS,

           Plaintiff,

-vs-                                        Case No.  5:05-cv-235-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

           Defendant.
_____/

## **O R D E R**

On May 16, 2005, the Plaintiff filed a complaint seeking judicial review of the Commissioner's decision denying his application for supplemental security income, a period of disability, and disability insurance benefits. (Doc. 1). The Magistrate Judge has issued a report (Doc. 16) recommending that the decision be affirmed. Neither party has objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file, and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and made a part hereof;

(2) the decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 8th day of August, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record